# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| STEPHEN STERNER, | ) | |
| --- | --- | --- |
| | ) | Case No. 2:18-cv-158 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Clifton L. Corker |
| PARAGON REVENUE GROUP and | ) | |
| TENNOVA NEWPORT MEDICAL | ) | |
| HOSPITAL, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM AND ORDER

*Pro se* Plaintiff Stephen Sterner initiated this action on September 20, 2018. (Doc. 2.) On January 15, 2019, the Court issued a show-cause order in this case, noting that more than ninety days had passed since Plaintiff filed his complaint and there is no evidence in the record that Plaintiff timely served Defendant Tennova Newport Medical Hospital ("Tennova"). (Doc. 11.) The Court ordered Plaintiff to file a response showing good cause as to why his claims against Tennova should not be dismissed without prejudice pursuant to Rule 4(m). (*Id.*) On January 25, 2019, Plaintiff filed a "motion to amend and address The Defants council." (Doc. 12.) Other than a vague reference to sending mail via the United States Postal Service on November 27, 2018 (Doc. 12, at 2), Plaintiff's motion does not address the Court's show-cause order regarding service on Tennova. The deadline to comply with the Court's order (Doc. 11) has now passed. Accordingly, Plaintiff's claims against Tennova are **DISMISSED WITHOUT PREJUDICE** prejudice pursuant to Rule 4(m). *See* Fed. R. Civ. P. 4(m).

Additionally, on January 14, 2019, the Court granted Defendant Paragon Revenue Group's ("Paragon") motion for more definite statement and ordered Plaintiff to file his more definite statement within fourteen days. (Doc. 10.) Plaintiff's aforementioned motion, filed on January 25, 2019, requests, among other things, to "subpoena all recorders from Paragon group and Tennova Newport hospital and from the 3 credit bureaus to show that mistakes where [sic] made and to show that they are not as incent [sic] as they say" (Doc. 12, at 1), but fails to provide a more definite statement of his claims against Paragon. The deadline to comply with the Court's order (Doc. 10) has now passed. Accordingly, Plaintiff is hereby **ORDERED** to file his motion for more definite statement and show good cause as to why this matter should not be dismissed for failure to prosecute within **fourteen days** of the date of this order. Plaintiff is **ON NOTICE** that, if he fails to timely comply with this order, his remaining claims against Paragon will be dismissed.

      SO ORDERED.

                                          */s/ Travis R. McDonough*
                                          **TRAVIS R. MCDONOUGH**
                                          **UNITED STATES DISTRICT JUDGE**